IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>JACOB ROSS,<br><br>*Defendant.* | Docket No. 1:20-CR-64 |

**UNOPPOSED MOTION FOR APPOINTMENT OF SECOND CHAIR COUNSEL**

Defendant, Jacob Ross, by and through undersigned counsel, respectfully moves this honorable court for an order appointing second chair counsel in this matter.

In support of the motion, Mr. Ross states:

1. Undersigned counsel was appointed to represent Mr. Ross on July 31, 2020 while this case was first charged in a Complaint (1:20-MJ-49). The Bill of Indictment was filed five days after appointment of counsel.
2. Mr. Ross is charged with five counts production, receipt and possession of child pornography. The most serious charge carries a mandatory minimum sentence of 15 to 30 years.

3. This case is set for trial on November 2, 2020 at 9 a.m. It is undersigned counsel's belief that this case will go to trial, although perhaps not on November 2, 2020.
4. Undersigned counsel serves as a mentor for members of the CJA Training Panel, which handles CVB, Supervised Release Violation, and Misdemeanor cases. In order to qualify for the CJA General Panel, which handles felony matters, the CJA Training Panel attorney must gain experience as second chair at least two felony cases, under the supervision of the lead counsel.
5. Ben Scales is currently on the CJA Training Panel and one of undersigned counsel's mentees. He would like to second chair a felony case in federal court in order to qualify for the CJA General Panel.
6. Undersigned counsel is familiar with Ben Scales and his work. It is defense counsel's opinion that Mr. Scales has the requisite training, skills and experience to represent indigent persons charged with serious criminal offense to serve as second chair in this matter under lead counsel's supervision.
7. Undersigned counsel has discussed having a second attorney work on this case with her client, and Mr. Ross does not object to having Mr. Scales designated as second chair in this matter.
8. Undersigned counsel has spoken to SAUSA Alexis Solheim, and she does not object to Mr. Scales second chairing this case.

9. Ms. Solheim has informed defense counsel that she has received additional investigative materials from local law enforcement and plans to supersede the Indictment with additional child pornography charges.

10. This case presents an "unusually difficult" matter because of the charges and the work associated with such cases. If this case goes to trial, as undersigned counsel anticipates, more time will be required of Mr. Scales than the "typical" felony case, affecting his private practice.

11. Undersigned counsel requests the court to compensate Mr. Scales for his time in this matter at the prevailing rate or reduced rate as determined by the court pursuant to the United States District Court for the Western District of North Carolina Criminal Just Act Plan, Section X.G.2.

WHEREFORE, this honorable court is respectfully requested to grant this motion by appointing Ben Scales as second chair defense counsel, compensating Mr. Scales for his time and determining what rate Mr. Scales should be compensated in this matter.

Dated: September 18, 2020

Respectfully submitted,

Fredilyn Sison
NC Bar No. 38732
Assistant Federal Public Defender
Attorney for Defendant

Federal Public Defender for the Western
District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
(828)232-9992
FAX (828) 232-5575
Fredilyn_Sison@fd.org